NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SCOTTSDALE INSURANCE COMPANY,     )
a foreign corporation,            )
                                  )
            Appellant,            )
                                  )
v.                                )        Case No.  2D18-2343
                                  )
BAY AREA PARTNERS, LTD., a Florida )
Limited Partnership,              )
                                  )
            Appellee.             )
_____   )


Opinion filed May 1, 2019.

Appeal from the Circuit Court for Pinellas
County; Patricia A. Muscarella, Judge.

Darius N, Kandawalla and Sabrina Haurin
of Bailey Cavalieri LLC, Columbus, Ohio;
and Laura Besvinick of Stroock & Stroock
& Lavan, LLP, Miami, for Appellant.

William L. Petros and Brett J. Novick of
William Petros Law, Coral Gables, for
Appellee.


PER CURIAM.

        Affirmed.



SILBERMAN, VILLANTI, and SMITH, JJ., Concur.